IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO
Judge Daniel D. Domenico

Case No. 1:20-cv-02474-DDD

BRANDON PRICE, and MEGAN ONORATO

Plaintiffs,

v.

THE MURDER MYSTERY COMPANY, INC.,

Defendant.

## ORDER

Before the court is the parties' joint motion to transfer the case to the United States District Court for the Western District of Michigan. Doc. 9. After Defendant The Murder Mystery, Inc., moved to dismiss the case on the ground that a forum-selection clause between the parties required adjudication of any dispute between them in Michigan, Doc. 5, the parties agreed to jointly move to transfer the case to the Western District of Michigan. Under 28 U.S.C. § 1404(a), the court is empowered to transfer a case "for the convenience of the parties and witnesses, in the interest of justice." Those factors are present here, and so the court **GRANTS** the motion to transfer (Doc. 9) and **DENIES** Defendant's pending motion to dismiss as **MOOT** (Doc. 5). This case shall be **TRANSFERRED** to the United States District Court for the Western District of Michigan, and the clerk shall correct the caption to reflect the Defendant's correct name: The Murder Mystery Company, Inc.  If Defendant needs additional time to respond the complaint, it shall file a motion with the transferee court.

Dated: November 9, 2020.    BY THE COURT:

_____
Daniel D. Domenico
United States District Judge

2